# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1673
_____

KEITH BURKS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

January 23, 2025

PER CURIAM.

DISMISSED. *See Robinson v. State*, 255 So. 3d 907, 907 (Fla. 1st DCA 2018) ("The order of the circuit court deciding that Appellant is not entitled to postconviction discovery is not among the class of orders independently appealable by a defendant pursuant to Florida Rule of Appellate Procedure 9.140(b)(1).").

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Keith Burks, pro se, Appellant.

Attorney General, Tallahassee, for Appellee.